

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00244-CV

**RUSSELL CALDWELL D/B/A**
**RW CALDWELL CONSTRUCTION,**

                       **Appellant**

 **v.**

**JACKIE WRIGHT,**

                       **Appellee**

**From the 40th District Court**
**Ellis County, Texas**
**Trial Court No. 85781**

## O R D E R

Plaintiff's Second Amended Petition and Plaintiff's Third Amended Petition were

not included in the clerk's record in this appeal.

Unless the parties designate the filings in the appellate record by agreement, the

record must include copies of all pleadings in civil cases on which the trial was had. TEX.

R. APP. P. 34.5(a)(1). We have no indication that the filings designated by appellant to be included in the clerk's record were agreed to by appellee.

Plaintiff's Second Amended Petition and Plaintiff's Third Amended Petition are relevant items that have been omitted from the clerk's record. *See id*. (c)(1). Accordingly, the trial court clerk is ordered to prepare, certify, and file in this Court a supplemental clerk's record containing Plaintiff's Second Amended Petition and Plaintiff's Third Amended Petition within 14 days from the date of this order. *See id.*

PER CURIAM

Before Chief Justice Gray, and
    Justice Davis
Order issued and filed May 12, 2016

